**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN L. MACALUSO | ) | Case No. 06 B 09681 |
| | ) | |
| Debtors | ) | Hon. Pamela S. Hollis |
| Debtors. | ) | |

**COVER SHEET FOR APPLICATION**
**FOR PROFESSIONAL COMPENSATION**

Name of Applicant:  <u>HERZOG & SCHWARTZ, P.C.</u>

Authorized to Provide Professional Services to: <u>Trustee</u>

Date of Order Authorizing Employment: <u>October 12, 2006</u>

Period For Which Compensation is Sought: <u>From September 14, 2006</u>
                                          <u>through present</u>

Amount of Fees Sought: <u>$ 6,405.00</u>

Amount of Expense Reimbursement Sought: <u>$ 0.00</u>

This is a(n):  Interim Application <u>   </u>   Final Application <u>X </u>

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

1

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN L. MACALUSO | ) | Case No. 06 B 09681 |
| | ) | |
| Debtors | ) | Hon. Pamela S. Hollis |

**FINAL APPLICATION FOR
COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses.  HERZOG & SCHWARTZ, P.C. has divided this application into two parts.  The first part of the application shall review the problems confronted by the Trustee and provide general background information.  The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtor, STEVEN L. MACALUSO, filed a petition under Chapter 7 on August 9, 2006. Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment. On October 12, 2006, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail.  This fee application covers services rendered by the law firm for the period of August 14, 2006 through the present.  The

-1-

billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

## PART II

## TASK ANALYSIS

A.  <u>Sale of Real Estate</u>

The law firm spent 6.9 hours in connection with the sale of of real estate of the Debtor. The firm spent time working with the broker on these transactions, assuring the property was secure, as well as working on title issues, preparation of closing documents, and attending the closing of the transaction.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog<br>@ 350.00 per hour | 6.90 | $ 2,415.00 |
| **TOTAL** | **6.90** | **$ 2,415.00** |

B.  <u>Claims Issues</u>

The law firm spent 3.9 hours in connection with the review of claims and associated priority issues.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog<br>@ 250.00 per hour | 3.90 | $ 1,365.00 |
| **TOTAL** | **3.90** | **$ 1,365.00** |

-2-

C.  <u>Miscellaneous</u>

The law firm spent 7.50 hours in connection with miscellaneous matters, including investigation of other possible assets, employment of professionals, as well as preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 7.50 | $ 2,625.00 |
| **TOTAL** | **7.50** | **$ 2,625.00** |

## **RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 6.90 | $ 2,415.00 |
| Category B | 3.90 | $ 1,365.00 |
| Category B | 7.50 | $ 2,625.00 |
| **TOTAL** | 18.30 | $ 6,405.00 |

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $6,405.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

          HERZOG & SCHWARTZ, P.C.

          By: /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

## EXHIBIT F-A

## ATTORNEY TIME FOR CATEGORY A

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 10/19/06 | Herzog, David<br>Call to broker re listing agreement; receive and review same. | 0.50 | 175.00 | A |
| 01/19/07 | Herzog, David<br>T/C with broker re Contract to Purchase | 0.25 | 87.50 | A |
| 01/30/07 | Herzog, David<br>Obtain unpaid real estate tax information. | 0.50 | 175.00 | A |
| 02/05/07 | Herzog, David<br>Prepare motion for approval of sale. | 1.50 | 525.00 | A |
| 02/13/07 | Herzog, David<br>Prepare supplement to motion to sale, file same. | 0.50 | 175.00 | A |
| 02/22/07 | Herzog, David<br>Attend court on motion to approve sale. | 1.00 | 350.00 | A |
| 02/28/07 | Herzog, David<br>Calls to title company re title commitment. and closing. | 0.15 | 52.50 | A |
| 03/13/07 | Herzog, David<br>Attend closing. | 2.50 | 875.00 | A |

## ATTORNEY TIME FOR CATEGORY B

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 04/20/07 | Herzog, David<br>Review objection to claim filed by atty for Macaluso. | 0.25 | 87.50 | B |
| 06/23/07 | Herzog, David<br>Review objection to claim filed by Debtor. | 0.25 | 87.50 | B |
| 03/10/08 | Herzog, David<br>Call from debtor re claim of Joel Levin. | 0.25 | 87.50 | B |
| 09/17/08 | Herzog, David<br>Call from Joel Levin re claim. | 0.05 | 17.50 | B |
| 11/28/08 | Herzog, David<br>Review opinion in Greco matter re priority of claim of child representative and domestic support obligation. | 0.50 | 175.00 | B |
| 01/28/09 | Herzog, David<br>Call from Joel Levin re appeal of priority issue. | 0.15 | 52.50 | B |
| 12/30/09 | Herzog, David<br>Research on priority claim issue. | 2.00 | 700.00 | B |

## **ATTORNEY TIME FOR CATEGORY C**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 09/14/06 | Herzog, David<br>Prepare motions to employ broker and atty. | 1.50 | 525.00 | C |
| 10/05/06 | Herzog, David<br>Attend motion to employ broker and attorney. | 1.00 | 350.00 | C |
| 10/12/06 | Herzog, David<br>Attend employment of broker and attorney. | 1.00 | 350.00 | C |
| 10/19/06 | Herzog, David<br>Attend court re motion to lift stay. | 1.00 | 350.00 | C |
| 02/24/07 | Herzog, David<br>Review adversary of Block against debtor. | 0.25 | 87.50 | C |
| 07/04/07 | Herzog, David<br>Review motion to vacate discharge filed by G. Block. | 0.25 | 87.50 | C |
| 07/19/07 | Herzog, David<br>Attend court hearing on various motions. | 0.75 | 262.50 | C |
| 08/30/07 | Herzog, David<br>Attend court on motion to compromise re Gloria Block. | 0.50 | 175.00 | C |
| 09/27/07 | Herzog, David<br>Attend court hearing-re Block. | 0.50 | 175.00 | C |
| 03/29/09 | Herzog, David<br>Review motion to abandon filed by David Lloyd re P.I. claim. | 0.25 | 87.50 | C |
| 04/14/09 | Herzog, David<br>Attend court hearing on motion to abandon. | 0.50 | 175.00 | C |
| 01/12/09 | Herzog, David<br>Prepare Final Report. | 2.00 | 700.00 | C |

**TRUSTEE TIME**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 08/14/06 | Herzog, David<br>Extended conference with creditors re assets; review docket re p.i. case; call to broker re value of real estate. | 1.50 | 525.00 | T |
| 08/16/06 | Herzog, David<br>Investigate possible assets re realty. | 1.00 | 350.00 | T |
| 08/21/06 | Herzog, David<br>Investigate value of property asset. | 0.50 | 175.00 | T |
| 08/28/06 | Herzog, David<br>Conference with broker re real estate | 0.25 | 87.50 | T |
| 09/01/06 | Herzog, David<br>Review documents forwarded by creditors. | 0.50 | 175.00 | T |
| 09/11/06 | Herzog, David<br>Review file, need for employment of professional; asset review and liquidation of potential assets. | 1.00 | 350.00 | T |
| 09/27/06 | Herzog, David<br>Review documents furnished by creditor as to possible asset. | 0.75 | 262.50 | T |
| 10/03/06 | Herzog, David<br>Conference with broker | 0.15 | 52.50 | T |
| 10/04/06 | Herzog, David<br>Prepare for and conduct continued meeting of creditors. | 2.50 | 875.00 | T |
| 11/21/06 | Herzog, David<br>Call from broker re potential offer. | 0.10 | 35.00 | T |
| 12/19/06 | Herzog, David<br>Conference with broker re property. | 0.15 | 52.50 | T |