**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN L. MACALUSO, | ) | Case No. 06 B 09681 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela Hollis |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, Suite 714
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    A hearing on the fee applications and any objection to the Final Report will be held on August 17, 2010 at 10:30 a.m., before the Honorable Pamela Hollis, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 644, Chicago, IL 60604.

Date Mailed: _____    By:  /s/   David R. Herzog
                                                                         Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 1                  Date Rcvd: Jul 07, 2010
Case: 06-09681                Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on Jul 09, 2010.
db           +Steven L Macaluso,   12251 W 159th street,   Homer Glen, IL 60491-7847
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Thomas W Toolis,   Jahnke, Sullivan & Toolis, LLC,   9031 West 151st Street,   Suite 203,
               Orland Park, IL 60462-6563
tr           +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10859140     +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
10859142      Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
10859145     +Gloria Block,   Block & Block,   4018 N Lincoln,   Chicago, IL 60618-3010
11296248     +Gloria Block,   Block & Block,   c/o Jeffrey K. Gutman,   4018 N Lincoln,
               Chicago, IL 60618-3010
10859146     +HARRIS BANK,   7549 WEST 63RD STREET,   Summit Argo, IL 60501-1813
10859147     +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
11183622     +Joel J Levin,   130 E Randolph Dr Suite 1200,   Chicago,IL 60601-6216
10859148     +Law Office of Alan J. Bernstein Ltd,   10 South LaSalle Street,   Suite 2424,
               Chicago, IL 60603-1066
10859149     +Levin & Associates,   One Prudential Plaza,   130 East Randolph Drive, Ste 1200,
               Chicago, IL 60601-6216
11075507     +Maria L Macaluso,   Charles M. Shepherd Esq.,   325 N Marion,   Oak Park, IL 60302-1811
10859150     +Maria Mannino,   908 South Bell,   Chicago, IL 60612-4255
10859151     +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
10859153     +Panos & Associates, LLC,   7808 College Drive, Ste. 2W,   Palos Heights, IL 60463-1098
11029235     +Sharon M Macaluso,   12251 W 159th St,   Homer Glen, IL 60491-7847
10859154     +Tinley Woods Anesthesia Services,   18200 LaGrange Road,   Tinley Park, IL 60487-7721
10966459    ++WORLD SAVINGS BANK FSB,   ATTN BANKRUPTCY DEPARTMENT,   4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court:  World Savings,   Pob 659558,   San Antonio,TX 78265)
10859155     +World Savings & Loan,   4101 Wiseman Blvd # Mc-T,   San Antonio, TX 78251-4201

The following entities were noticed by electronic transmission on Jul 07, 2010.
10859143     +E-mail/Text: legalcollections@comed.com                           Commonwealth Edison & Co,,
               System Credit/Bankruptcy Dept.,   2100 Swift Drive,   Oak Brook, IL 60523-1559
10859144      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2010 01:31:40     Discover Fin,   Pob 15316,
               Wilmington, DE 19850
10935300      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2010 01:31:40
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10859141*    +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
10859152*    +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
10942347*    +Tinley Woods Anesthesia Services,   18200 LaGrange Road,   Tinley Park, IL 60487-7721
10859156*    +World Savings & Loan,   4101 Wiseman Blvd # Mc-T,   San Antonio, TX 78251-4201
                                                                                   TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2010**        **Signature:**  *Joseph Speetjens*