# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: MACALUSO, STEVEN L. | § Case No. 06-09681 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID HERZOG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $18,830.00 |
| Total Distribution to Claimants: $364,058.54 | Claims Discharged Without Payment: $76,054.94 |
| Total Expenses of Administration: $46,228.91 | |

3) Total gross receipts of $ 425,287.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $410,287.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $331,712.15 | $340,014.66 | $354,173.16 | $354,173.16 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 6,405.00 | 60,993.17 | 46,228.91 | 46,228.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 44,728.00 | 44,728.00 | 37,228.00 | 9,885.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 176,054.91 | 176,054.91 | 76,054.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $558,900.06 | $621,790.74 | $513,685.01 | $410,287.45 |

4) This case was originally filed under Chapter 7 on August 09, 2006. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2010          By: /s/DAVID HERZOG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE - 18103 FOUNTAIN MIST COURT, ORLAND PK | 1110-000 | 425,090.00 |
| Interest Income | 1270-000 | 197.45 |
| **TOTAL GROSS RECEIPTS** | | **$425,287.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Steven Macaluso | | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | World Savings | 4110-000 | 71,634.07 | 71,634.07 | 74,599.72 | 74,599.72 |
| 5 | World Savings | 4110-000 | 260,078.08 | 260,078.08 | 271,270.93 | 271,270.93 |
| 11 | Fountain Hills HOA | 4110-000 | N/A | 1,293.00 | 1,293.00 | 1,293.00 |
| 17 | American Express | 4120-000 | N/A | 7,009.51 | 7,009.51 | 7,009.51 |
| **TOTAL SECURED CLAIMS** | | | **$331,712.15** | **$340,014.66** | **$354,173.16** | **$354,173.16** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fountain Hills HOA | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| Herzog & Schwartz | 3110-000 | N/A | 6,405.00 | 6,405.00 | 6,405.00 |
| Nick Guiffre | 3510-000 | N/A | 21,250.00 | 21,250.00 | 21,250.00 |
| Landmark Engineering | 3991-620 | N/A | 375.00 | 375.00 | 375.00 |
| Cook County Treasurer | 2820-000 | N/A | 4,843.49 | 4,843.49 | 4,843.49 |
| Cook County Treasurer | 2820-000 | N/A | 1,777.68 | 1,777.68 | 1,777.68 |
| Greater Illinois Title | 2500-000 | N/A | 2,422.87 | 2,422.87 | 2,422.87 |
| Cook County Treasurer | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID HERZOG | 2100-000 | N/A | 23,764.26 | 9,000.00 | 9,000.00 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 18.52 | 18.52 | 18.52 |
| International Sureties | 2300-000 | N/A | 25.47 | 25.47 | 25.47 |
| International Sureties | 2300-000 | N/A | 20.88 | 20.88 | 20.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 60,993.17 | 46,228.91 | 46,228.91 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Joel J. Levin | 5100-000 | 14,728.00 | 14,728.00 | 7,228.00 | 1,919.30 |
| 10 | Gloria Block | 5100-000 | 30,000.00 | 30,000.00 | 30,000.00 | 7,966.08 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 44,728.00 | 44,728.00 | 37,228.00 | 9,885.38 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 5,059.19 | 5,059.19 | 5,059.19 | 0.00 |
| 2 | Alan J. Bernstein, Ltd. | 7100-000 | 3,803.72 | 3,803.72 | 3,803.75 | 0.00 |
| 3 | Tinley Woods Anesthesia Services | 7100-000 | 810.00 | 810.00 | 810.00 | 0.00 |
| 6 | Sharon Macaluso | 7100-000 | 45,000.00 | 45,000.00 | 45,000.00 | 0.00 |
| 7 | Panos & Associates, LLC | 7100-000 | 21,382.00 | 21,382.00 | 21,382.00 | 0.00 |
| 8 | Maria Macaluso | 7100-000 | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 176,054.91 | 176,054.91 | 76,054.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09681  
**Case Name:** MACALUSO, STEVEN L.  

**Trustee:** (330520) DAVID HERZOG  
**Filed (f) or Converted (c):** 08/09/06 (f)  
**§341(a) Meeting Date:** 09/05/06  

**Period Ending:** 11/16/10  

**Claims Bar Date:** 12/20/06  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE - 18103 FOUNTAIN MIST COURT, ORLAND PK | 460,000.00 | 25,157.80 | | 425,090.00 | FA |
| 2 | CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3 | ASSORTED CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 357 MAGNUM | 300.00 | 0.00 | | 0.00 | FA |
| 6 | PERSONAL INJURY CLAIM | 7,500.00 | 0.00 | | 0.00 | FA |
| 7 | FORD F-150 | 11,275.00 | 4,945.00 | | 0.00 | FA |
| 8 | 1999 VIPER MOTORCYCLE | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 KAWASAKI NINJA | 6,775.00 | 5,575.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 197.45 | Unknown |
| 10 | Assets Totals (Excluding unknown values) | **$489,350.00** | **$35,677.80** | | **$425,287.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare final report.

**Initial Projected Date Of Final Report (TFR):** December 31, 2008     **Current Projected Date Of Final Report (TFR):** February 15, 2010

Printed: 11/16/2010 04:58 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-09681  
**Case Name:** MACALUSO, STEVEN L.  
**Taxpayer ID #:** **-***9245  
**Period Ending:** 11/16/10  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/07 | | Greater Illinois Title Company | Proceeds from sale of real estate | | 25,157.80 | | 25,157.80 |
| | {1} | Mohamed Afen | 425,090.00 | 1110-000 | | | 25,157.80 |
| | | Fountain Hills HOA | -90.00 | 2500-000 | | | 25,157.80 |
| | | World Savings | -271,270.93 | 4110-000 | | | 25,157.80 |
| | | World Savings | -74,599.72 | 4110-000 | | | 25,157.80 |
| | | Fountain Hills HOA | -1,293.00 | 4110-000 | | | 25,157.80 |
| | | Cook County Treasurer | -4,843.49 | 2820-000 | | | 25,157.80 |
| | | Cook County Treasurer | -1,777.68 | 2820-000 | | | 25,157.80 |
| | | Nick Guiffre | -21,250.00 | 3510-000 | | | 25,157.80 |
| | | Greater Illinois Title | -2,422.87 | 2500-000 | | | 25,157.80 |
| | | Landmark Engineering | -375.00 | 3991-620 | | | 25,157.80 |
| | | Steven Macaluso | -15,000.00 | 8100-002 | | | 25,157.80 |
| | | American Express | -7,009.51 | 4120-000 | | | 25,157.80 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.37 | | 25,163.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.88 | | 25,177.05 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.89 | | 25,190.94 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.00 | | 25,203.94 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.35 | | 25,218.29 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.91 | | 25,232.20 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.57 | | 25,244.77 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.82 | | 25,259.59 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.14 | | 25,272.73 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 12.87 | | 25,285.60 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 11.56 | | 25,297.16 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.19 | | 25,302.35 |
| 03/12/08 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #06-09681 Voided on 03/12/08 | 2300-000 | | 21.19 | 25,281.16 |
| 03/12/08 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #06-09681 Voided: check issued on 03/12/08 | 2300-000 | | -21.19 | 25,302.35 |
| 03/12/08 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #06-09681 Voided on 03/12/08 | 2300-000 | | 18.52 | 25,283.83 |
| 03/12/08 | 1002 | IDEBTOR'S BANKRUPTCY | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | -18.52 | 25,302.35 |

Subtotals: $25,302.35 $0.00

{} Asset reference(s)  
Printed: 11/16/2010 04:58 PM V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-09681  
**Case Name:** MACALUSO, STEVEN L.  

**Taxpayer ID #:** **-***9245  
**Period Ending:** 11/16/10  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | ESTATE | BALANCE AS OF 03/12/2008 FOR CASE #06-09681<br>Voided: check issued on 03/12/08 | | | | |
| 03/12/08 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #06-09681 | 2300-000 | | 18.52 | 25,283.83 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.69 | | 25,288.52 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.52 | | 25,292.04 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.16 | | 25,295.20 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.21 | | 25,298.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.21 | | 25,301.62 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.00 | | 25,304.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 25,307.93 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.76 | | 25,310.69 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.99 | | 25,312.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.79 | | 25,314.47 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 25,315.50 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 25,316.46 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 25,317.56 |
| 04/14/09 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #06-09681 | 2300-000 | | 25.47 | 25,292.09 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 25,293.12 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 25,294.11 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 25,295.21 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 25,296.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 25,297.33 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 25,298.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 25,299.39 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 25,300.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 25,301.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 25,302.50 |
| 02/08/10 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #06-09681 | 2300-000 | | 20.88 | 25,281.62 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 25,282.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 25,283.71 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.17 | | 25,283.88 |
| | | | Subtotals : | | $46.40 | $64.87 | |

{} Asset reference(s)

Printed: 11/16/2010 04:58 PM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-09681 | **Trustee:** DAVID HERZOG (330520) |
| **Case Name:** MACALUSO, STEVEN L. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****94-65 - Money Market Account |
| **Taxpayer ID #:** **-***9245 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/16/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -25,283.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 64.87 | 64.87 | $0.00 |
| | | | Less: Bank Transfers | | -25,283.88 | 0.00 | |
| | | | **Subtotal** | | **25,348.75** | **64.87** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,348.75** | **$-14,935.13** | |

{} Asset reference(s)     Printed: 11/16/2010 04:58 PM    V.12.54

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 06-09681  
**Case Name:** MACALUSO, STEVEN L.  

**Taxpayer ID #:** **-***9245  
**Period Ending:** 11/16/10

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 25,283.88 | | 25,283.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.21 | | 25,285.09 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.50 | | 25,286.59 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.46 | | 25,288.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.50 | | 25,289.55 |
| 08/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.83 | | 25,290.38 |
| 08/17/10 | | To Account #9200******9466 | | 9999-000 | | 25,290.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **25,290.38** | **25,290.38** | **$0.00** |
| | | | Less: Bank Transfers | | 25,283.88 | 25,290.38 | |
| | | | **Subtotal** | | **6.50** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.50** | **$0.00** | |

{} Asset reference(s)                                                             Printed: 11/16/2010 04:58 PM    V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 06-09681 | | Trustee: | DAVID HERZOG (330520) |
| Case Name: | MACALUSO, STEVEN L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***9245 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/16/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/10 | | From Account #9200******9465 | | 9999-000 | 25,290.38 | | 25,290.38 |
| 08/17/10 | 101 | Herzog & Schwartz | Dividend paid 100.00% on $6,405.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,405.00 | 18,885.38 |
| 08/17/10 | 102 | DAVID HERZOG | Dividend paid 100.00% on $9,000.00, Trustee Compensation; Reference: | 2100-000 | | 9,000.00 | 9,885.38 |
| 08/17/10 | 103 | Joel J. Levin | Dividend paid 26.55% on $7,228.00; Claim# 9; Filed: $14,728.00; Reference: | 5100-000 | | 1,919.30 | 7,966.08 |
| 08/17/10 | 104 | Gloria Block | Dividend paid 26.55% on $30,000.00; Claim# 10; Filed: $30,000.00; Reference: | 5100-000 | | 7,966.08 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,290.38 | 25,290.38 | $0.00 |
| | | | Less: Bank Transfers | | 25,290.38 | 0.00 | |
| | | | Subtotal | | 0.00 | 25,290.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $25,290.38 | |

{} Asset reference(s)                    Printed: 11/16/2010 04:58 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 06-09681 | | **Trustee:** | DAVID HERZOG (330520) |
| **Case Name:** | MACALUSO, STEVEN L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******94-67 - Checking Account |
| **Taxpayer ID #:** | **-***9245 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/16/10 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****94-65** | 25,348.75 | -14,935.13 | 0.00 |
| **MMA # 9200-******94-65** | 6.50 | 0.00 | 0.00 |
| **Checking # 9200-******94-66** | 0.00 | 25,290.38 | 0.00 |
| **Checking # 9200-******94-67** | 0.00 | 0.00 | 0.00 |
| | $25,355.25 | $25,355.25 | $0.00 |